IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:25-CV-502-M

T.B., *a minor, by and through his* )
*Guardian Ad Litem, Andrew Boyd,* )
　 )
　　　Plaintiff, )
　 )      ORDER
v. )
　 )
UNITED STATES OF AMERICA, et al., )
　 )
　　　Defendants. )

This matter is before the court on Defendants' unopposed motion to stay deadlines or, alternatively, to extend the deadline for Defendants to answer or otherwise respond to the complaint for twenty-eight (28) days due to a lapse in appropriations to the Department of Justice. [DE-14]. For good cause shown, the motion is allowed, and the deadline for Defendant to answer or otherwise respond to the complaint is extended to **Friday, November 21, 2025**.

SO ORDERED, the 24th day of October, 2025.

Robert B. Jones, Jr.
United States Magistrate Judge